UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| Granger | Civil Action 2:08-0036 |
| versus | Judge Tucker L. Melançon |
| Standard Fire Insurance Co. | Magistrate Judge C. Michael Hill |

### ORDER

For the reasons stated in the Memorandum Ruling issued this date, it is

**ORDERED** that plaintiff's Motion to Remand Proceedings to State Court [Rec. Doc. 9] is DENIED.

THUS DONE AND SIGNED at Lafayette, Louisiana this 15TH day of April, 2008.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE